## PARKS *v.* THE STATE.

FISH, J    There being no complaint of any error in the rulings or the charge of the court, and the evidence being amply sufficient to support the verdict, there was no error in refusing to grant a new trial.
   *Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Argued April 21, — Decided April 25, 1902.

Indictment for selling liquor.   Before Judge Crisp.   City court of Americus.   February 28, 1902.

*J. R. Williams,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.

---

## MOON *v.* THE STATE.

FISH, J.   There is no complaint that any error of law was committed upon the trial ; the evidence was amply sufficient to authorize the verdict rendered ; and there was, therefore, no error in refusing to grant a new trial.
   *Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Argued April 21, — Decided April 25, 1902.

Indictment for selling liquor.   Before Judge Littlejohn.   Sumter superior court.   March 18, 1902.

*J. R. Williams,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.